UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62159-CIV-COHN/VALLE

SINAI HOLDINGS, LLC and
JACOB GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00 and subject to consent given below, it is

**ORDERED** that the above-numbered cause is transferred to the calendar of <u>The Hon. William Dimitrouleas</u> for all further proceedings.

**DATED** in chambers at Fort Lauderdale, Florida, this 6th day of December, 2023.

_____
JAMES I. COHN
United States District Judge

After reviewing the Court file in the above styled cause, the undersigned accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJDUGED** that all proceedings hereinafter shall bear Case No. 23-62159-CIV-DIMITROULEAS, thereby indicating the judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is accepted this 7th day of December, 2023.

Copies provided to:
Counsel of record via CM/ECF

WILLIAM P. DIMITROULEAS
United States District Judge