# EXHIBIT 3

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.

MONARCH AIR GROUP, LLC, and
JACOB GITMAN

      Plaintiffs,

v.

GRANT STERN

      Defendant.

_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

     Plaintiffs MONARCH AIR GROUP, LLC and JACOB GITMAN sue Defendant GRANT

STERN and allege:

### **INTRODUCTION**

1. This is an action to recover damages in excess of $5,000,0000 for the reputational

   damage suffered by Jacob Gitman ["Gitman"], a self-made entrepreneur, and a private

   aviation provider, Monarch Air Group, LLC ["Monarch Air"], due to the publication of

   an article by a so-called "investigative journalist" based on innuendo and false

   information.

2. The article falsely claims that Gitman and Monarch Air  have been found by a federal

   judge to be part of  the "Russian Mafia," even though neither he nor Monarch Air has

   ever been convicted, let alone charged with, a crime.  It also claims without a shred of

   evidence that Gitman and Monarch Air have "infiltrated" the Department of Justice.

1

3. The publication of these baseless and unsubstantiated allegations, none of which he even attempted to speak with Gitman or Monarch about, has caused the Plaintiffs irreparable reputational and economic harm, which is the basis for this action.

## Jurisdiction, Venue, and Parties

4. Plaintiff MONARCH AIR GROUP, LLC ("Monarch Air") is a Florida corporation with its principal place of business in Fort Lauderdale, Florida.

5. Plaintiff JACOB GITMAN ("Gitman") is a citizen of Florida and otherwise *sui juris*.

6. Defendant GRANT STERN ("Stern") is a citizen of Florida and otherwise *sui juris*.

7. Venue is proper in Miami-Dade County pursuant to §§ 47.011 and 47.051 because the tortious conduct alleged accrued in Miami-Dade County and the parties reside in Miami-Dade County.

8. All conditions precedent to the institution of this action have been satisfied or otherwise excused, including the service of statutory notice on Stern pursuant to Fla.Stat. § 770.01.

9. At all times relevant to this action, Gitman was a minority shareholder of Monarch Air.

10. At all times relevant to this action, Stern was the editor and publisher of an online website titled "The Stern Facts."

11. "The Stern Facts" is accessible worldwide. According to its website, "The Stern Facts" is a publisher of "investigative news journalism" and "fact based political reports."

12. Stern reviews, edits, approves, and assists in the creation of the articles published on "The Stern Facts," including the article that is the subject of this lawsuit. Many of the stories published on "The Stern Facts" are also authored by Stern. Stern, in his capacity as editor and publisher of "The Stern Facts," also pays and collaborates with other self-styled "investigative journalists," including Patrick Simpson, the author of the article

2

that is the subject of this lawsuit.  Simpson is also listed on the website as a co-editor of "The Stern Facts," along with Stern.

13. Upon information and belief, Stern also assists with and/or  contributes to the investigations that give rise to the articles that appear on the website, including the article that is the subject of this lawsuit.

## General Allegations

14. On March 14, 2019, Stern, in his capacity as the editor and publisher of "The Stern Facts," published an article on "The Stern Facts"  titled "Under Trump, Witness Protection has been infiltrated by the Russian Mafia" ("March 14 Article").  A copy of the article is attached hereto as  Exhibit A.

15. The March 14 Article contained numerous false and defamatory statements about Monarch Air and Gitman,  most of which are defamatory *per se*.   Most notably, the article falsely and sensationally accused Gitman and Monarch Air of being  "Russian Mobsters," even though they have never been charged with a single crime and there is no evidence that they committed one.

16. The article further falsely asserts  that "judges in multiple states" have stated that Monarch Air is "allegedly a Russian Mob front," even though no judge has ever made such a finding, let alone made such a statement.

17. In addition, the article claims that Gitman and Monarch Air have "infiltrated" the Department of Justice, falsely implying that they obtained access to the witness protection program.  In fact, Monarch Air merely performed a contract which they obtained through competitive bidding to provide air transportation services for the Department of Justice no different than any airline.

18. The March 14 Article also states  that Monarch Air obtained its contract with the federal government under the Trump administration, falsely implying that Monarch Air had a connection with Donald Trump.  In fact, Monarch Air  was approved  as a vendor by the federal government to perform air charter services work for any federal agency though the General Services Administration, including the Department of Justice, <u>three years before President Trump was ever elected to the presidency.</u>

19. In addition to these outrageous and incendiary claims, none of which he attempted to verify with Gitman or Monarch, the March 14 Article contained the following false and defamatory statements:

   a. Mr. Gitman and Monarch Air are part of the "Russian Mafia";

   b. "[J]udges in multiple states" have found that Monarch Air is a "front" for the Russian mob;

   c. The witness protection program has been "infiltrated" by Monarch Air;

   d. "Why would the Trump Administrations [sic] Department of Justice allow a company that operates as a front for the Russian mob anywhere near the sacred halls of Witness Protection, not once, but twice?  What was going on in June 2017 and January 2018 that warranted these contracts?";

   e. "The only reason these people have not ended up in prison is that is seems like law enforcement is too busy to communicate crimes across state lines.";

   f. Monarch Air has "ties" with members of the "Russian Mafia" who used Monarch Air "to funnel money and drugs on behalf of the Russian Mafia.";

   g. "Sources have placed Michael Cohen in the same world as Jacob Gitman on multiple occasions as well.  There are pretty significant indirect ties between the

two, but no smoking gun as of yet.  These aforementioned crimes mentioned above would send anyone to jail.";

h.  "Michael Kocharov is yet another tie from Gitman to Trump.  He is an owner of two Trump Tower Panama Properties, and is also a registered agent for one of Jacob Gitman's companies.  Kocharov's business partner Alexandre Ventura Nogueira was the primary broker for the Panama Project and is now a convicted felon.";

i.  "Along came the Gitman Family, Jacob Gitman, though a Brazilian Investment Company 'Prudent Investimentos' purchased 200 million in the fake debt portfolios, while allowing Hylan to continue managing the portfolio.";

j.  "These aforementioned crimes mentioned above [sic] would send anyone to jail. Certainly, the Fake Debt scheme harmed more people than Hollywood Celebrities wasting money to get their kids into reputable colleges, but this happened because authorities across the country fail to share notes and lack the manpower to do the research needed to find the crimes."; and

k.  "The very fact that Monarch Air was able to sign two major Witness Security contracts with the DOJ while being tied to the Russian Mob is a story that should have been told months ago.  My only hope is that somebody important in the Mueller investigation reads this article and acts appropriately."

20. Stern also authored and/or co-authored the article's headline, Under Trump, Witness Protection has been infiltrated by the Russian Mafia," which was also false and defamatory.

## CLAIMS OF MONARCH AIR

## COUNT I – DEFAMATION *PER SE*

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 – 20, and all subparts.

21. On or about March 14, 2019, Stern posted, as Editor, the March 14 Article which contained numerous statements that were false and defamatory and/or defamatory *per se*, as more fully described in paragraphs 15-20, including all subparts..

22. The aforementioned false and defamatory statements were of and concerning Monarch Air and published to third parties.

23. The false and defamatory statements were defamatory per se because they charged Monarch Air committed a crime and/or  tended to subject Monarch Air to hatred, distrust, ridicule, contempt, or disgrace, and/or  tended to injure Monarch Air in its profession.

24. Stern published the March 14 Article and the statements contained therein knowing they were false or with reckless disregard for their truth.

25. As a direct and proximate cause of the aforementioned defamatory statements, Monarch Air has suffered and will continue to suffer damage to its reputation, as well as loss of income, diminution in value of its shares, loss of goodwill, and other economic losses.

WHEREFORE, Plaintiff MONARCH AIR GROUP, LLC demands judgment in its favor, including compensatory damages, costs, interest, and other relief this Court deems just and proper.  Monarch Air reserves its right to amend its complaint to seek punitive damages upon the making of an evidentiary proffer.

## CLAIMS OF JACOB GITMAN

## COUNT II – DEFAMATION *PER SE*

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 – 20, and all subparts.

26. On or about March 14, 2019, Stern posted, as Editor, the March 14 Article which contained numerous statements that were false and defamatory and/or defamatory *per se*, as more fully described in paragraphs 15-20, including subparts.

27. The aforementioned false and defamatory statements were of and concerning Gitman and published to third parties.

28. The false and defamatory statements were defamatory per se because they charged Gitman committed a crime and/or, tended to subject Gitman to hatred, distrust, ridicule, contempt, or disgrace, and/or tended to injure Gitman in his profession.

29. Stern published the March 14 Article and the statements contained therein knowing they were false or with reckless disregard for their truth.

30. As a direct and proximate cause of the aforementioned defamatory statements, Gitman has suffered and will continue to suffer damage to his personal and professional reputation, emotional distress, loss of income and future loss of earning capacity.

WHEREFORE, Plaintiff demand judgment in his favor, including compensatory damages,  costs, interest and other relief this Court deems just and proper.  Gitman reserves its right to amend its complaint to seek punitive damages upon the making of an evidentiary proffer.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

**THE LAW OFFICE OF**
**DAVID H. POLLACK, LLC**
2600 S. Douglas Road Ste 1007
Coral Gables, FL 33134
Tel. No.:      (305) 372-5900
Fax No.:      (305) 372-5904

BY:    _/s/David H. Pollack_____
        **DAVID H. POLLACK**
        Fla. Bar No. 0955840
        **MATTHEW STREET**
        Fla. Bar No. 1013945

ⓘ Check your U.S. voter registration status or register to vote here.

# Under Trump, Witness Protection has been infiltrated by the Russian Mafia

 Patrick Simpson   [Follow]
Mar 14, 2019 · 9 min read



*Authors Note: Due to an ongoing court case in Broward County Florida, allegations about about Russian-American Businessman Edi Gurlovsky were removed due to the status of the case.*

In October 2017, Curt Weldon joined the board of advisors for Monarch Air Group, which had just completed its first contract with the Justice Department's Witness

Security Division.

According to US attorney Joshua Naftalis, and judges in multiple states, Monarch Air is allegedly a Russian mob front.

**Why** would the Trump Administrations Department of Justice allow a company that operates as a front for the Russian mob anywhere near the sacred halls of Witness Protection, not once, but twice? What was going on in June 2017 and January 2018 that warranted these contracts?



Contract on Gov Tribe between

The only reason these people have not ended up in prison is that it seems like law enforcement is too busy to communicate crimes across state lines.

Curt Weldon is the author of the backchannel Ukrainian Peace Plan that Michael Cohen and Andrey Artemenko worked on and delivered to President Trump's now-convicted National Security Advisor Michael Flynn.

Sen. Dianne Feinstein (D-CA) sent inquiry letters to Cohen and Cambridge Analytica requesting correspondence with Weldon at the end of 2017, and some refer to him as Putin's first congressman. He is arguably the most significant tie between politicians in the United States and Putin's Government, and given his belief that he was betrayed by his own government, it may not be hard to guess where he stands.

```
 7           Finally, and this relates to both the money
 8   laundering and risk of flight.  The defendant has an ownership
 9   interest in two companies, one called Skyway, one called
10   Monarch.  These are airplane companies.  They have a
11   legitimate purpose in that they are airline companies.  They
12   were also used to wash money in the United States.
13           Owning an airplane company allows you obviously to
14   leave quite easily.  The airplane company not only was used
15   for laundering money; in 2011 Miami customs discovered 16
16   kilos of cocaine on one of these planes.  We do not believe
17   this business is legitimate.  Realistically it is used to
18   launder money and it provides him the opportunity to flee.
```

Monarch is significant because of the ties it represents. In *USA vs. Alimzon Tokhtakhounov,* Attorney Joshua Naftalis made a matter of fact statement that the defendants were using Monarch to funnel money and drugs on behalf of the Russian Mafia.

In this case, he was talking about the defendants Vadim Trincher and Anatoly Golubchik, who were in charge of the huge racketeering ring being run of out Trump Tower.





The Trincher family

While Trincher and Golubchik were running what Attorney Joshua Naftalis referred to as "*one of the biggest bookmaking operations in the world.*" in New York, they were also running Monarch Air, Shuttleliner Cab of Ocala, Suncoast Air Cargo, and Skyway International out of Jacob Gitman's Kane Concourse Suite Address in Miami. Andrey Artemenko himself runs a defense contracting company, Ancovi International, out of the same Kane Concourse address.

One of the Managers of "Ancovi" is a company named Global Assets LLC — which was founded by Artemenko AND Vadim Netscheret. Netscheret is another tie to Michael Cohen as Cohen had to go to court to discuss why he gave the alleged mobster check for $350,000.

Monarch is just one of the hundreds of interconnected companies registered out of the Same suite at the same office building in the Bay Harbor Harbor Islands, connected to one family lead by one Jacob Gitman.

Natasha Bertrand reported last year that the Ukrainian Peace Deal was able to happen because Artemenko was introduced to Felix Sater through a mutual friend named Yan Aronov. Yan is a registered agent at one of these many companies.

## FAKE DEBT PORTFOLIOS AND THE RUSSIAN MOB

In 2017, Zeke Faux wrote an explosive Pulitzer Prize worthy article for Bloomberg about a topic I had no idea existed; Phantom Debt Portfolios.

As the story goes, scammers bought a whole load of personal information on the internet and packaged the information as loans that needed to be collected on. These portfolios get sold over and over and over again to hide the liability.

However, they didn't count on the tenacity of a small town guy named Andrew. After one of the debt collectors threatened to rape his wife in a debt collection call, he transformed into what can only be described as the modern-day equivalent of the Marvel Anti-Hero, the Punisher. They threatened his family so he vowed never to stop searching.

He kept moving up the chain, taking down the payday loan industry, bit by bit when he found the supposed ring leader — Joel Tucker (and his brother Scott.)

Very interesting connections existed from the outset of my reporting about the Joel Tucker case. For instance, Pay Day Loan Financier Del Kimball had to declare bankruptcy because Joel Tucker and his allies worked with Russian Payday loan magnate and son of the oligarch Igor Provkin to extort Kimball out of millions of dollars. In the Bankruptcy filings themselves, Kimball revealed that his business partner in Russia — Notorious Russian criminal Oleg Boyko was harassing him for payment of the monies Tucker stole and that he felt afraid for his life. Interestingly enough, Boyko was using Roman Abramovich as his intermediary.

Boiko owned a condo in Trump tower from 1994 until he sold it to Gitman's business partner and convicted criminal Vadim Trincher in 2009.

Finally, in December 2016, the FTC sued Tucker for selling phantom debt. According to the regulator, everything had happened pretty much as Therrien imagined: Tucker had invented more than 7.7 million fake debts and sold them to a series of middlemen for $4.2 million. This September, a judge ruled for the agency, ordering Tucker to pay back that money on top of the $30 million he already owed.

Scott was convicted on 14 charges and sent to Prison. Six months after Bloomberg Article published the story, Joel was indicted on 15 counts and is due to in court later this year.

10/6/23, 2:15 PM    Under Trump, Witness Protection has been infiltrated by the Russian Mafia. | by Andrew Shaevel | The Stern Facts

Case 0:23-cv-62159-WPD  Document 19-3  Entered on FLSD Docket 12/21/2023  Page 15 of 22

Andrew, like Frank Castle, had finally caught his man.

Or had he?

### *This is where it gets truly fascinating*

On 8/27/18, the Attorney General of the State of New York filed a lawsuit against Hylan Asset Management and other related companies concerning the Phantom Debts.



The Web connecting Gitman and his associates to the Fake Debt Portfolios and Private Airlines

Andrew Shaevel, a well-respected businessman from Buffalo was one of the principles involved in the Phantom Debt scheme. He ultimately claimed he was unaware of the fake debts being sold by his company, but email evidence showed that he was aware of it and did not stop buying up the fake debts.

https://thesternfacts.com/under-trump-witness-protection-has-been-infiltrated-by-the-russian-mafia-f6e4825f10a5

Disbarred former lawyer Jon Purzihansky was his Partner in the venture. In 2006, Purzihansky, himself a Russian born American Citizen was found guilty of helping a Russian mobster obtain a VISA on false pretenses. Hylan was accused of purchasing the Phantom Debt Portfolios through a Chicago area intermediary, Stark Law.

Attorney Dennis Vacco is the lawyer Purzihansky and Shaevel hired to defend them. He is the former New York Attorney General, serving while Giuliani was Mayor of New York City .

Vacco is well known in New York circles for becoming the lobbyist for Waste Management months after settling an anti-Trust lawsuit against them. Michael Caputo also hired Vacco as his attorney in the "Trump Russia" scandal.



Along came the Gitman Family. Jacob Gitman, through a Brazilian Investment Company "Prudent Investimentos" purchased 200 million in the fake debt portfolios, while

allowing Hylan to continue managing the portfolio.

Bizapedia lists Prudent as being registered in 2014, by Jacob Gitman, LGN International, and Roman Faizulin. Despite being registered by Gitman, Prudent was being run in public by Dennis Klemming. He has no connection to the company on any registrations forms that I've seen.

According to Open Corporates, the directors of Prudent are a Brazillian man, Edson Luis Paulino, and what appears to be a "KSB International."



KSB International is a Maltese company, formed six months before Prudent invested in the fake debt portfolios. In April 2016, KSB itself entered into an agreement to purchase part of the Phantom debt portfolios from Hylan. Roman Faizulin was the point of contact.

LGN International, a registered agent for Prudent Investmentos, filed a lawsuit on behalf of KSB International, in 2017. The Lawsuit alleges that KSB International and Mordechey Shahak along with other Russian Businessmen allegedly reached an agreement to form KSB Holdings and work together to collect on the 60 million of phantom debts KSB had purchased from Hylan.

The Assets for KSB Holdings were transferred to a new company, MBG Financial, run by one of the Defendents in September 2016. This includes the aforementioned fake debts. This Racketeering Case is still active in Broward County

Living in a world where two debt collectors can sue each other over debts that don't even exist is mind-boggling when you stop and think about it.



Kocharov Partner Alexander Nogueira with the Trump family.

Michael Kocharov is yet another tie from Gitman to Trump. He is an owner of two Trump Tower Panama Properties, and also a registered agent for one of Jacob Gitman's companies. Kocharov's business partner Alexandre Ventura Nogueira was the primary broker for the Panama Project and is now a convicted felon.



## "SIPHONING OFF MILLIONS OF DOLLARS FOR PERSONAL PROJECTS"



Jacob and his son David are embroiled in a contract dispute being played out in the Miami County court system. The Plaintiffs allege that the Gitman's siphoned 11 million dollars off of the contract they signed in 2012 for personal use through one of his companies, Basta Holdings (now known as Blackpoll Fleet International.)

Aside from this, the former Basta CFO, Andrew Logullo had his FINRA membership suspended due to corruption. This case connects a lot of dots the federal government should have connected long ago.

Jacob, David, and the Gitman family businesses have attempted to turn the case into one that blames another party. They started the case by convincing everyone around them that Boruch Freedman was the real decision maker and that they were unaware of the situation and just following directions.

Evidence Freedman's lawyers collected throughout the case revealed that Freedman supposedly wasn't an officer in the company involved, nor did he fill out any of the bank paperwork. The Plaintiffs were able to convince the court to request his arrest with false information, but he had already fled the country due to receiving threats from the plaintiffs.

During the case, it was revealed that the Plaintiffs "E.R. Troika" are actually the mobsters known as the Khazakh trio. The Trio — Patokh Chodiev, Alijan Ibragimov and Alexander Machkevich — built their fortunes in the mining, oil and gas industry. They've partnered with the Bayrock Group on developing Trump SoHo in the past and share extensive ties to Felix Sater.

While this court case was ongoing, two of Jacobs children (Larry and David) were being served eviction notices for breaching their rental contracts. Interestingly enough, at least one of the brothers used their mother, Alisa, as a real estate agent. Alisa works for Sib Realty, the real estate agency that almost exclusively deals with Trump properties in Florida

Sources have placed Michael Cohen in the same world as Jacob Gitman on multiple occasions as well. There are pretty significant indirect ties between the two, but no smoking gun as of yet.

These aforementioned crimes mentioned above would send anyone to jail. Certainly, the Fake Debt scheme harmed more people than Hollywood Celebrities wasting money to get their kids into reputable colleges, but this happened because authorities across the country fail to share notes and lack the manpower to do the research needed to find the crimes.

The very fact that Monarch Air was able to sign two major Witness Security contracts with the DOJ while being tied to the Russian Mob is a story that should have been told months ago. My only hope is that somebody important in the Mueller investigation reads this article and acts appropriately.

Thanks to Grant Stern.

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2020-021551-CA-01
SECTION: CA15
JUDGE: Jose Rodriguez

**Monarch Air Group, LLC et al**

Plaintiff(s)

vs.

**Grant Stern**

Defendant(s)

_____/

### ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came to be presented on the foregoing Stipulation for Substitution of

Counsel between Stok Kon + Braverman and The Pollack Law Firm, it is hereby: **ORDERED**

**AND ADJUDGED**

1. The Stipulation is hereby GRANTED.

2. Attorney David H. Pollack and The Pollack Law Firm, are hereby discharged from
   any further responsibility.

3. The law firm of Stok Kon + Braverman and attorney Joshua R. Kon shall be
   substituted as counsel for all Plaintiffs in this Action.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 30th day of
November, 2021.

2020-021551-CA-01 11-30-2021 6:55 PM

2020-021551-CA-01 11-30-2021 6:55 PM
Hon. Jose Rodriguez

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

David H Pollack, david@davidpollacklaw.com

David H Pollack, eric@davidpollacklaw.com

David H Pollack, gabrielle@davidpollacklaw.com

Faudlin Pierre, fplaw08@yahoo.com

Faudlin Pierre, fparalegal@gmail.com

Grant Stern, grantstern@gmail.com

Joshua R. Kon, service@stoklaw.com

Joshua R. Kon, jkon@stoklaw.com

Joshua R. Kon, gortiz@stoklaw.com

Richard I Korman, kormanri@bellsouth.net

Robert A. Stok, service@stoklaw.com

Robert A. Stok, ssolis@stoklaw.com

Yosef Kudan, service@stoklaw.com

Yosef Kudan, ykudan@stoklaw.com

Yosef Kudan, jcento@stoklaw.com

**Physically Served:**