# EXHIBIT 4

**L05000033840**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

A. LUNT
SEP 10 2008
EXAMINER

Office Use Only



500135405345

09/09/08--01028--008  **60.00



2008 SEP -9  P 2: 12
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** Monarch Air Group, LLC
(Name of Limited Liability Company)

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Paul S. Slavin
(Name of Person)

Monarch Air Group, LLC
(Firm/Company)

5535 N.W. 23rd Ave.  Hanger 16
(Address)

Fort Lauderdale, FL 33309
(City/State and Zip Code)

For further information concerning this matter, please call:

Paul Slavin ___ at ( 772 ) 486-9199
(Name of Person)                        (Area Code & Daytime Telephone Number)

*FILED 2009 SEP -9 P 2:12 SECRETARY OF STATE TALLAHASSEE, FLORIDA*

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee   ☐ $30.00 Filing Fee & Certificate of Status   ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)   ☒ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

Monarch Air Group, LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on  04/06/2005  and assigned Florida document number  L05000033840  .

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here:</u>**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**  5535 N.W. 23rd Ave.
*(Principal office address MUST BE A STREET ADDRESS)*  Hanger 16
  Fort Lauderdale, FL 33309

**Enter new mailing address, if applicable:**  5535 N.W. 23rd Ave.
*(Mailing address MAY BE A POST OFFICE BOX)*  Hanger 16
  Fort Lauderdale, FL 33309

FILED 2008 SEP 19 PM 2:12 SECRETARY OF STATE TALLAHASSEE, FLORIDA

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here:</u>**

Name of New Registered Agent:  Paul Slavin

New Registered Office Address:  5535 N.W. 23rd Ave.  Hanger 16
  *(Enter Florida street address)*

  Fort Lauderdale , Florida 33309
  *(City)*      *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**(If Changing Registered Agent, <u>Signature of New Registered Agent</u>)**

**Page 1 of 2**

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records</u>:

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | Jacob Gitman | 1111 Kane Concourse<br>Suite 518<br>Bay Harbor Islands, FL 33154 | ☑ Add<br>☐ Remove |
| MGRM | Anatoly Golubchik | 900 Palisade Ave.<br>Apt 2205<br>Fort Lee, NJ 07024 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

[FILED 2008 SEP -9 P 2:12 SECRETARY OF STATE TALLAHASSEE, FLORIDA]

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Amend addresses for the following managers:

Paul Slavin 5535 N.W. 23rd Ave.  Hanger 16  Fort Lauderdale , FL 33309

Timothy Carman 2215 River Ridge Road, Arlington, TX 76017

Dated _____ August 27th _____, 2208

*[signature: Paul Slavin]*
Signature of a member or authorized representative of a member

Paul Slavin, MGRM
Typed or printed name of signee

Page 2 of 2

**Filing Fee: $25.00**