# EXHIBIT 5

# L050000033840

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

500253143995

10/31/13--01035--017  **25.00

2013 OCT 31 AM 11:46

I. SAULSPER-
EXAMINER

NOV 4 2013

## COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** __MONARCH AIR GROUP, LLC__
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

### ALEXANDRA KVETNAYA
Name of Person

### MONARCH AIR GROUP, LLC
Firm/Company

### 610 SW 34TH ST BLG 3 STE 307
Address

### FT LAUDERDALE, FL 33315
City/State and Zip Code

### alexandra@monarchairgroup.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

**Alexandra Kvetnaya** at ( 954 ) **958-0445**
Name of Person              Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

- ☒ $25.00 Filing Fee
- ☐ $30.00 Filing Fee & Certificate of Status
- ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)
- ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

## MONARCH AIR GROUP, LLC

(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on **09/09/2008** and assigned Florida document number **L05000033840**.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: **DAVID GITMAN**

New Registered Office Address: **610 SW 34TH ST BLG 3 STE 307**
*Enter Florida street address*

**FORT LAUDERDALE**, Florida **33315**
*City*               *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

If Changing Registered Agent, **Signature of New Registered Agent**

Page 1 of 3

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records:</u>

MGR = Manager
MGRM = Managing Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGRM | JACOB GITMAN | 610 SW 34TH ST BLG 3 STE 307<br>FT LAUDERDALE, FL 33315 | ☐ Add<br>☑ Remove |
| MGRM | DAVID GITMAN | 610 SW 34TH ST BLG 3 STE 307<br>FT LAUDERDALE, FL 33315 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

Page 2 of 3

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*



Dated _____ Oct 30ᵗʰ 2013 _____, _____.

_____
Signature of a member or authorized representative of a member

_____ David Gideon _____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee: $25.00**

2013 OCT 31 AM 11:46