**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:23-cv-62159-WPD**

SINAI HOLDINGS, LLC,
and JACOB GITMAN,

      Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR**
**DEFENDANT'S MOTION TO DISMISS**

    **THIS CAUSE** is before the Court on the parties' Joint Motion to Extend Briefing Schedule

on Defendant's Motion to Dismiss [DE 27] (the "Motion"), filed on January 23, 2024.  Having

reviewed the Motion and being fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion [DE 27] is **GRANTED**.  Plaintiff shall

file its response to Defendant's Motion to Dismiss on or before **January 31, 2024**, and Defendant

shall file its reply, if any, on or before **February 16, 2024**.

    **DONE AND ORDERED** in Chambers at Broward County, Florida on this 23rd day of

January 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record