UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,   **CASE NO. 23-62159-CIV-WPD**
a Florida limited liability company,
and JACOB GITMAN,

      Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

      Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter came before the Court upon the UNOPPOSED MOTION TO WITHDRAW OF SCHLESINGER LAW OFFICES, P.A. [DE 131]. Court has carefully considered the Motion. The Court notes that neither Plaintiffs nor opposing counsel have objected to the Motion and further notes that Plaintiffs have remaining counsel. The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 131] is **GRANTED**.

2. Attorneys David Silverman, Jeffrey L. Haberman, and Jonathan R. Gdanski of Schlesinger Law Offices, P.A. are excused from all future responsibilities in this case as counsel to Plaintiffs.

3. Attorneys Joshua R. Kon, Yosef Kudan, and David Rosenblatt of STOK KON + BRAVERMAN, who are admitted to this court, will continue representing Plaintiffs SINAI HOLDINGS, LLC and JACOB GITMAN as lead Counsel.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Florida, on May 28th, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record