UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-cv-62159-WPD

SINAI HOLDINGS, LLC,
and JACOB GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

    The Honorable William P. Dimitrouleas, United States District Judge of the United States District Court for the Southern District of Florida, hereby requests international judicial assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Hague Evidence Convention"), to obtain evidence to be used in the above-captioned civil proceeding pending before this Court (the "U.S. Civil Proceeding").

    This Court has determined that it would further the interests of justice if Prudent Group – a Cayman Island entity – produces documents in its possession relevant to the issues in the U.S. Civil Proceeding.

    This Request has been made upon the motion of Defendant JP Morgan Chase Bank, N.A. ("Chase"), who has advised this Court that the transfer of the information and evidence sought from Prudent Group is relevant and necessary for the due determination of the matters in dispute between the parties in this case.

1

Having considered the submissions of Chase, this Court has found that this Request is necessary in the interests of justice for the full and fair determination of the matters at issue among the parties to this pending proceeding.

1. **Sender**

    Defendant JP Morgan Chase Bank, N.A.
    c/o Eliot Pedrosa, Esq.
    Fla. Bar No. 182443
    Taylor Cavaliere Jones, Esq.
    Fla. Bar No. 1040247
    JONES DAY
    600 Brickell Ave, Suite 3300
    Miami, FL 33131
    Telephone: (305) 714-9700
    Facsimile: (305) 713-9799
    Email: epedrosa@jonesday.com
    Email: tcavaliere@jonesday.com

    Anthony J. Dick (pro hac vice)
    JONES DAY
    51 Louisiana Ave. NW
    Washington, DC 20001-2113
    Telephone: 202-879-3939
    Facsimile: 202-626-1700
    Email: ajdick@jonesday.com

    Andrew J. Clopton (pro hac vice)
    JONES DAY
    150 West Jefferson, Suite 2100
    Detroit, MI 48226-4438
    Telephone: 313-733-3939
    Facsimile: 313-230-7997
    Email: aclopton@jonesday.com

    Amanda L. Dollinger (pro hac vice)
    JONES DAY
    250 Vesey Street
    New York, NY 10281-1047
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306
    Email: adollinger@jonesday.com

*As Authorized By:*

The Honorable William P. Dimitrouleas
United States District Judge
U.S. District Court for the Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

2. **Central authority of the requested state**

   The Clerk of the Courts
   61 Albert Panton Street
   Grand Cayman
   Cayman Islands, KY1-1601
   Telephone: 345 949 4296
   E-mail: clerkofcourt@judicial.ky
   General website: www.judicial.ky
   Contact person: Shiona Allenger, Clerk of Court

3. **Person to whom the executed request is to be returned**

   Defendant JP Morgan Chase Bank, N.A.
   c/o Eliot Pedrosa, Esq.
   Fla. Bar No. 182443
   Taylor Cavaliere Jones, Esq.
   Fla. Bar No. 1040247
   JONES DAY
   600 Brickell Ave, Suite 3300
   Miami, FL 33131
   Telephone: (305) 714-9700
   Facsimile: (305) 713-9799
   Email: epedrosa@jonesday.com
   Email: tcavaliere@jonesday.com

   Anthony J. Dick (pro hac vice)
   JONES DAY
   51 Louisiana Ave. NW
   Washington, DC 20001-2113
   Telephone: 202-879-3939
   Facsimile: 202-626-1700
   Email: ajdick@jonesday.com

   Andrew J. Clopton (pro hac vice)
   JONES DAY

3

    150 West Jefferson, Suite 2100
Detroit, MI 48226-4438
Telephone: 313-733-3939
Facsimile: 313-230-7997
Email: aclopton@jonesday.com

Amanda L. Dollinger (pro hac vice)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: adollinger@jonesday.com

*On behalf of*:

The Honorable William P. Dimitrouleas
United States District Judge
U.S. District Court for the Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

4. **Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request**

A response is requested as soon as reasonably practicable, and in any event within 30 days of service of the Letter of Request in order to ensure that the evidence may be obtained prior to the close of discovery in the U.S. proceedings set for Friday, July 11, 2025.

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING REQUEST:**

5. **(a) Requesting judicial authority (Article 3, a))**

The Honorable William P. Dimitrouleas
United States District Judge
U.S. District Court for the Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

4

**(b) The competent authority of (Article 3, a))**

The Cayman Islands
The Clerk of the Courts
61 Albert Panton Street
Grand Cayman
Cayman Islands, KY1-1601
Telephone: 345 949 4296
E-mail: clerkofcourt@judicial.ky
General website: www.judicial.ky
Contact person: Shiona Allenger, Clerk of Court

**(c) Name of the case and any identifying number**

*Sinai Holdings, LLC et al v. JPMorgan Chase Bank, N.A.*, Case No. 0:23CV62159 (S.D. Fla.).

6. **Names and addresses of the parties and their representatives (including representatives in the requested State) (Article 3, b))**

**(a) Plaintiffs and Representatives**

Plaintiffs Sinai Holdings, LLC and Jacob Gitman
c/o STOK KON + BRAVERMAN
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com

JOSHUA R. KON, ESQ.
Florida Bar No. 56147
(jkon@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)
THEODORE (TUVIA) SANDLER, ESQ.
Florida Bar No. 1015927
(tsandler@stoklaw.com)
KEVIN S. WOLKENFELD, ESQ.
Florida Bar No. 1029865
(kwolkenfeld@stoklaw.com)

SCHLESINGER LAW OFFICES, P.A.

1212 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 320-9507
Facsimile: 954-320-9509
Email: SLOPA.Service@Schlesingerlaw.com

DAVID SILVERMAN, ESQ.
Florida Bar #119389
dsilverman@schlesingerlaw.com
JONATHAN R. GDANSKI, ESQ.
Florida Bar # 32097
jgdanski@schlesingerlaw.com

**(b) Defendant and Representatives**

Defendant JP Morgan Chase Bank, N.A.
c/o Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Taylor Cavaliere Jones, Esq.
Fla. Bar No. 1040247
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: tcavaliere@jonesday.com

Anthony J. Dick (pro hac vice)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: ajdick@jonesday.com

Andrew J. Clopton (pro hac vice)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226-4438
Telephone: 313-733-3939
Facsimile: 313-230-7997
Email: aclopton@jonesday.com

Amanda L. Dollinger (pro hac vice)
JONES DAY

        250 Vesey Street
        New York, NY 10281-1047
        Telephone: (212) 326-3939
        Facsimile: (212) 755-7306
        Email: adollinger@jonesday.com

**7.**  **(a) Nature of the proceedings (Article 3, c))**

The above-captioned pending case is a civil proceeding in the United States District Court for the Southern District of Florida. Plaintiffs assert claims against Chase for defamation and tortious interference arising from allegedly defamatory statements made to Plaintiffs' customers and transferees in connection with cancelled wire transactions from or through Chase accounts.

**(b) Summary of complaint**

Plaintiffs Sinai Holdings, LLC and Jacob Gitman— a medical services company that owns and operates medical-related businesses and its owner— allege Chase defamed them and interfered with their business relationships by placing them on an internal "Interdiction List" and issuing defamatory statements to their customers, vendors, lenders, and other associates. Plaintiffs claim that Chase's statements implied that Plaintiffs were subject to sanctions or involved in criminal activity, which harmed their reputation and business value.

Plaintiffs filed their original complaint in November 2023, asserting two claims for defamation (libel) based on Chase's written allegedly defamatory statements, and two claims for injunctive relief to prevent Chase from making further statements and to require Chase to retract or correct its previous statements. Chase moved to dismiss the complaint, arguing that the defamation claims were precluded by a prior judgment in a related case and that they otherwise failed to state valid claims. Chase also argued that the injunctive relief claims were barred by Florida law and improperly pleaded as separate causes of action. This Court dismissed the injunctive relief claims, but declined to rule on the preclusion and other arguments regarding the

7

defamation claims at the motion to dismiss stage. The Court granted Plaintiffs leave to file an amended complaint.

Plaintiffs filed their amended complaint in August 2024, adding four new claims: two claims for defamation (slander) based on Chase's oral statements, a claim for tortious interference with business relationships, and a claim for declaratory judgment under the federal Declaratory Judgment Act. Plaintiffs seek damages and injunctive relief for their claims. Chase moved to dismiss the new claims, arguing that they are meritless, duplicative, and/or insufficiently pleaded. The Court declined to dismiss the lawsuit, "at least at this stage in the proceedings."

### (c) Summary of defense and counterclaims

Chase's statements at issue in this lawsuit are protected by qualified privilege, as the Court agreed in a related litigation. The privilege applies in this case because Chase made the statements to its customers or intermediary banks about a matter of common business interest—*i.e.*, explaining why the bank could not process their transactions. Chase did not waive this privilege because it did not act with "express malice," as the statements were based on its standard operating processes and were not intended to harm Plaintiffs.

The statements at issue are also not false. The statements asserted that the transactions were blocked because of sanctions "and/or" internal Chase policy, which is true if either sanctions or internal policy was the reason.

Finally, this lawsuit is barred by claim preclusion and issue preclusion, as the Court already resolved Plaintiffs' claims in a related litigation. The plaintiffs in the related litigation (Monarch Air Group ("Monarch") and David Gitman) are in privity with the plaintiffs to this lawsuit. Jacob Gitman, Sinai's principal, is David Gitman's father. Jacob Gitman has publicly proclaimed his

affiliation with Monarch as a minority shareholder and a managing member. Further, Jacob Gitman and Monarch are co-plaintiffs in other pending actions and have shared the same counsel.

8. **(a) Evidence to be obtained or other judicial act to be performed (Article 3, d))**

It is respectfully requested that a judicial authority of the Cayman Islands order Prudent Group to produce copies of documents as described in Exhibit 1 from:

> Prudent Group
> c/o Dennis Klemming
> 23 Lime Tree Bay Ave.
> George Town
> Grand Cayman, KY1-1002
> Cayman Islands

**(b) Purpose of the evidence or judicial act sought**

The evidence sought in this Request is intended for use in the U.S. Civil Proceeding between Plaintiffs and Chase currently pending in the above-referenced U.S. court. The documents sought are material to the issue of Plaintiffs' damages. In the course of discovery, Plaintiff Sinai Holdings, LLC identified several foreign entities who had allegedly agreed to provide Plaintiffs with financing but subsequently withdrew their financial support due to Chase's allegedly defamatory statements. The documents Chase seeks from these named foreign entities are crucial to substantiate Plaintiffs' claims of defamation and any alleged damages related to these foreign lenders.

9. **Documents or other property to be inspected (Article 3, g))**

Chase seeks responsive documentary evidence as described in Exhibit 1. Transfer of the requested documents and information is necessary for Chase's defense against the claims asserted against it in the U.S. Civil Proceeding. Based upon the facts and issues presented to it, this Requesting Court believes that Prudent Group may have the documents set forth in Exhibit 1 in its possession, custody, or control.

10. **Special methods or procedure to be followed (Articles 3 i) and 9))**

Except to the extent that such rules are incompatible with Cayman Island law, it is respectfully requested that the responses to the requests for production follow the instructions outlined in Exhibit 1, which are pursuant to United States procedural guidelines, specifically, the Federal Rules of Civil Procedure. It is further requested that Prudent Group provide general information regarding any responsive documents in its possession over which it claims privilege.

11. **Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)**

The undersigned requests notification of the time and place for the execution of the Request to be sent to the following persons:

*Counsel for Defendant:*

Eliot Pedrosa, Esq.
Fla. Bar No. 182443
Taylor Cavaliere Jones, Esq.
Fla. Bar No. 1040247
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: tcavaliere@jonesday.com

Anthony J. Dick (pro hac vice)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: ajdick@jonesday.com

Andrew J. Clopton (pro hac vice)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226-4438
Telephone: 313-733-3939

    Facsimile: 313-230-7997
    Email: aclopton@jonesday.com

    Amanda L. Dollinger (pro hac vice)
    JONES DAY
    250 Vesey Street
    New York, NY 10281-1047
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306
    Email: adollinger@jonesday.com

    *On behalf of:*

    The Honorable William P. Dimitrouleas
    United States District Judge
    U.S. District Court for the Southern District of Florida
    U.S. Federal Building and Courthouse
    299 East Broward Boulevard
    Courtroom 205B, Chambers 205F
    Fort Lauderdale, Florida 33301

**12.**     **Specification of privilege or duty to refuse to give evidence under the law of the State or origin (Article 11, b))**

All documentary evidence to be provided pursuant to the Request will be subject to any applicable assertions of privilege available under the law of the United States and/or the law of the Cayman Islands. If any documents are withheld on such grounds, a statement to that effect should be provided indicating what documents are withheld or redacted and the nature of the privilege claimed.

**13.**     **The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:**

Counsel for Defendant Chase will bear the costs and respectfully requests that it be notified if reimbursement is to be sought for any costs or fees that may be incurred:

    Eliot Pedrosa, Esq.
    Fla. Bar No. 182443
    Taylor Cavaliere Jones, Esq.

11

Fla. Bar No. 1040247
JONES DAY
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 713-9799
Email: epedrosa@jonesday.com
Email: tcavaliere@jonesday.com

Anthony J. Dick (pro hac vice)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: ajdick@jonesday.com

Andrew J. Clopton (pro hac vice)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226-4438
Telephone: 313-733-3939
Facsimile: 313-230-7997
Email: aclopton@jonesday.com

Amanda L. Dollinger (pro hac vice)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: adollinger@jonesday.com

**DATE OF REQUEST:**

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY:**

_____
**UNITED STATES DISTRICT JUDGE**