# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,                                        **CASE NO. 23-62159-CIV-WPD**
a Florida limited liability company,
and JACOB GITMAN,

      Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

      Defendant.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, SINAI HOLDINGS, LLC ("Sinai"), and JACOB GITMAN ("Gitman") (collectively "Plaintiffs"), by and through their undersigned counsel, pursuant to the Protective Order Governing Discovery of Confidential Information [DE 74] (the "Protective Order"), hereby move for the entry of an order authorizing Plaintiffs to file under seal the transcripts of the depositions of Gayathri Vasudev and Jeff Gontero, referenced in their *Plaintiffs' Reply in Support of Motion for Clarification and/or Reconsideration of Order on Plaintiffs' Discovery Motions* as Exhibits A, and B under seal.

The transcripts of the depositions of Gayathri Vasudev and Jeff Gontero have been marked confidential by Chase pursuant to the Protective Order. Accordingly, Plaintiffs respectfully request that the Court enter an order allowing Plaintiffs to file the transcripts of the depositions of Gayathri Vasudev and Jeff Gontero under seal.

Certificate of Conferral: I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues and Chase does not oppose the relief sought in this motion.

Dated: July 11, 2025

Respectfully submitted,

By: /s/ *Joshua R. Kon, Esq.*
**STOK KON + BRAVERMAN**
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com

JOSHUA R. KON, ESQ.
Florida Bar No. 56147
(jkon@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)
THEODORE (TUVIA) SANDLER, ESQ.
Florida Bar No. 1015927
(tsandler@stoklaw.com)
KEVIN S. WOLKENFELD, ESQ.
Florida Bar No. 1029865
(kwolkenfeld@stoklaw.com)

*Counsel to Plaintiffs Sinai Holdings, LLC and Jacob Gitman*