UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,  **CASE NO. 23-62159-CIV-WPD**
a Florida limited liability company,
and JACOB GITMAN,

    Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign
profit corporation,

    Defendant.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

    Plaintiffs, SINAI HOLDINGS, LLC ("Sinai"), and JACOB GITMAN ("Gitman") (collectively "Plaintiffs"), by and through their undersigned counsel, pursuant to the Protective Order Governing Discovery of Confidential Information [DE 74] (the "Protective Order"), hereby move for the entry of an order authorizing Plaintiffs to file under seal their unredacted Motion for Partial Summary Judgment, Plaintiff's Statement of Undisputed Facts and supporting exhibits.

    Accordingly, Plaintiffs respectfully request that this Court enter an Order granting leave to file under seal Plaintiffs' unredacted Motion for Partial Summary Judgment, Plaintiff's Statement of Undisputed Facts together with all supporting exhibits, and grant such further relief as the Court deems just and proper.

    Certificate of Conferral: I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues and Chase does not oppose the relief sought in this motion.

Dated: September 12, 2025

        Respectfully submitted,

        By: /s/ *Joshua R. Kon, Esq.*
        **STOK KON + BRAVERMAN**
        1 East Broward Blvd, Suite 915
        Fort Lauderdale, FL 33301
        Tel.: (954) 237-1777
        Fax: (954) 237-1737
        Email: service@stoklaw.com

        JOSHUA R. KON, ESQ.
        Florida Bar No. 56147
        (jkon@stoklaw.com)
        YOSEF KUDAN, ESQ.
        Florida Bar No. 1010261
        (ykudan@stoklaw.com)
        DAVID I. ROSENBLATT, ESQ.
        Florida Bar No. 1008131
        (drosenblatt@stoklaw.com)

        *Counsel to Plaintiffs Sinai Holdings, LLC and Jacob Gitman*