## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,  
a Florida limited liability company,  
and JACOB GITMAN,

    Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign  
profit corporation,

    Defendant.  
_____/

CASE NO. 23-62159-CIV-WPD

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

This matter came before the Court upon the Plaintiffs' Unopposed Motion to File Under Seal. [DE 183]. The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 183] is **GRANTED**;

2. Plaintiffs may file the unredacted Motion for Partial Summary Judgment, Plaintiff's Statement of Undisputed Facts together with all supporting exhibits under seal.

**DONE and ORDERED** in chambers, at Fort Lauderdale, Florida, on this 15th day of September, 2025.

*[signature]*  
WILLIAM P. DIMITROULEAS  
United States District Judge

Copies furnished to:  
All counsel of record