UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,  
a Florida limited liability company,  
and JACOB GITMAN,

    Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign profit corporation,

    Defendant.  
_____/

CASE NO. 23-62159-CIV-WPD

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR <u>LEAVE TO FILE UNDER SEAL</u>**

This matter came before the Court upon the Plaintiffs' Unopposed Motion to File Under Seal. The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 204] is **GRANTED**;

2. Plaintiffs may file the unredacted Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Response to Defendant's Statement of Facts together with all supporting exhibits under seal.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, this 7th day of October, 2025.

*/s/ William P. Dimitrouleas*  
WILLIAM P. DIMITROULEAS  
United States District Judge

Copies furnished to:  
All counsel of record