UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62159-WPD

SINAI HOLDINGS, LLC,
and JACOB GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT JP MORGAN CHASE BANK, N.A.'S <u>UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

**THIS CAUSE** is before the Court on Defendant JPMorgan Chase Bank, N.A.'s Unopposed Motion for Leave to File Under Seal [ECF No. 219] (the "Motion"), filed on October 15, 2025.  Having reviewed the Motions and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 219] are **GRANTED**. Defendant JPMorgan Chase Bank, N.A. may file its Amended Response to Plaintiffs' Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment under seal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 15th day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to all counsel of record.