UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62159-WPD

SINAI HOLDINGS, LLC,
and JACOB GITMAN,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Defendant JPMorgan Chase Bank, N.A.'s Motion and Memorandum of Law in Support of its Verified Bill of Costs [DE 239] (the "Motion"), is hereby **REFERRED** to United States Magistrate Judge Hunt for appropriate disposition *or* report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 19th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to all counsel of record.