# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SINAI HOLDINGS, LLC,  
a Florida limited liability company,  
and JACOB GITMAN,

      Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a foreign  
profit corporation,

      Defendant.  
_____/

CASE NO. 23-62159-CIV-WPD

## **PLAINTIFF'S NOTICE OF APPEAL**

Plaintiffs, Sinai Holdings, LLC, and Jacob Gitman, appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgement entered on November 3, 2025 [DE 238].

**[CERTIFICATE OF SERVICE TO FOLLOW]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the CM/ECF filer and served via Email this November 20, 2025, on Derek E. León, Esq., dleon@leoncogrove.com; Benjamin Weinberg, Esq., bweinberg@leoncosgrove.com, eperez@leoncosgrove.com; Sofia Manzo, Esq., smanzo@leoncosgrove.com, aquezada@leoncosgove.com; LEÓN COSGROVE, LLP 255 Alhambra Circle, 8th Floor Miami, Florida 33134; JONES DAY 600 Brickell Ave., Suite 3300, Miami, FL, 33131, Eliot Pedrosa, Esq., epedrosa@jonesday.com; Amanda L. Dollinger Esq., adollinger@jonesday.com; and Taylor Cavaliere Jones, Esq., tcavaliere@jonesday.com.

By: /s/ *Joshua R. Kon, Esq.*
**STOK KON + BRAVERMAN**
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: service@stoklaw.com

JOSHUA R. KON, ESQ.
Florida Bar No. 56147
(jkon@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)

*Counsel to Plaintiffs Sinai Holdings, LLC and Jacob Gitman*